IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLO VIRTUAL FASHION INC., | § |
| *Plaintiff*, | § |
| v. | § CASE NO. 2:23-cv-00274-JRG-RSP |
| ZHEJIANG LINGDI DIGITAL TECHNOLOGY CO., LTD. (D/B/A LINCTEX), | § |
| *Defendants*. | § |

## ORDER

Linctex previously filed a Motion to Dismiss for Lack of Personal Jurisdiction. (Dkt. No. 12.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 62), recommending denial of Linctex's Motion to Dismiss. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 12) is **DENIED**.

**So ORDERED and SIGNED this 16th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE