# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CLO VIRTUAL FASHION INC., | |
| Plaintiff, | |
| v. | Civil Action No.: 2:23-cv-00274-JRG-RSP |
| ZHEJIANG LINGDI DIGITAL TECHNOLOGY CO., LTD. (D/B/A LINCTEX), | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

## ORDER GRANTING DEFENDANT ZHEJIANG LINGDI DIGITAL TECHNOLOGY CO., LTD.'S OPPOSED MOTIONS *IN LIMINE*

Before the Court is Defendant Zhejiang Lingdi Digital Technology Co., Ltd.'s ("Linctex") Opposed Motions *In Limine* (the "Motions"). After consideration, the Court finds that the Motions should be, and hereby are, GRANTED.