IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLO VIRTUAL FASHION INC., § <br> *Plaintiff*, § <br> v. § <br> ZHEJIANG LINGDI DIGITAL § <br> TECHNOLOGY CO., LTD. (D/B/A § <br> LINCTEX), § <br> *Defendant*. § | CASE NO. 2:23-CV-00274-JRG-RSP |

## ORDER

Defendant Linctex previously filed a Motion for Summary Judgment of Invalidity Pursuant to 35 U.S.C. Section 101. (Dkt. No. 104.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 230), recommending denial of Linctex's Motion for Summary Judgment of Invalidity Pursuant to 35 U.S.C. Section 101. Linctex has now filed Objections (Dkt. No. 244), with Plaintiff CLO Virtual Fashion Inc. filing a Response (Dkt. No. 249.)

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment of Invalidity Pursuant to 35 U.S.C. Section 101, the Report and Recommendation, and the briefing on Linctex's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Linctex's Objections and **ADOPTS** the Report and Recommendation, finds that the '355 Patent's asserted claims are not directed to an abstract idea, and orders that the Motion for Summary Judgment of Invalidity Pursuant to 35 U.S.C. Section 101 (Dkt. No. 104) is **DENIED**.

**So ORDERED and SIGNED this 15th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE